# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| COMERICA BANK, | Case No. 8:14-cv-00186-JLS (JPRx) |
| Plaintiff - Petitioner, | **PRELIMINARY INJUNCTION ENJOINING DISBURSEMENT OF TRUST ASSETS** |
| vs. | |
| SEA NINE ASSOCIATES, INC., *et al*. | |
| Defendants - Respondents. | |

The Court, having GRANTED Plaintiff's Motion, enters the following Preliminary Injunction:

1. For purposes of this Preliminary Injunction, "Defendants" shall mean the following Defendants-Respondents to this action:

   a. Sea Nine Associates, Inc. ("Sea Nine");

   b. Southern California Manufacturers' and Agricultural Producers' League Voluntary Employees' Beneficiary Association Master Plan; Southern California Entertainment and Communication Guild Voluntary Employees' Beneficiary Association Master Plan; Southern California Medical Profession Association Voluntary Employees' Beneficiary Association Master Plan; Southern California Retail Merchants' League Voluntary Employees' Beneficiary Association Master Plan; California Building Supply, Wholesalers' and Contractors' League Voluntary Employees' Beneficiary Association Master Plan; Southern California Consultants' and Financial Planners' Profession Association Voluntary Employees' Beneficiary Association Master Plan (each individually a "Master Plan," and collectively the "Master Plans");

   c. Committee for Southern California Manufacturers' and Agricultural Producers' League Voluntary Employees' Beneficiary Association Master Plan; Committee for Southern California Entertainment and Communication Guild Voluntary Employees' Beneficiary Association Master Plan; Committee for Southern California Medical Profession Association Voluntary Employees' Beneficiary Association Master Plan; Committee for Southern California Retail Merchants' League Voluntary Employees' Beneficiary Association Master Plan;  Committee for California Building Supply, Wholesalers' and Contractors' League Voluntary Employees' Beneficiary Association Master Plan; Committee for Southern California Consultants' and Financial Planners' Profession Association

Voluntary Employees' Beneficiary Association Master Plan (each individually a "Committee," and collectively the "Committees").

2. Defendants, and all of their officers, agents, servants and employees, and all other persons in active concert or participation with them, ARE HEREBY PRELIMINARILY RESTRAINED AND ENJOINED from disposing of or dispersing, and from issuing any directive or instruction to dispose of or disburse, any trust assets of any of the Master Plans, with the exception that Plaintiff be permitted to take action as necessary to preserve the trust assets (including but not limited to payment of premiums required to maintain existing life insurance policies that are trust assets of any of the Master Plans) and/or pay death benefits that may become due to a Master Plan's beneficiary.

3. This Preliminary Injunction shall remain in effect until further Order of the Court. Violation of this Preliminary Injunction shall expose Defendants and all other persons bound by this Preliminary Injunction to all applicable penalties, including contempt of Court.

**IT IS SO ORDERED.**

Dated: April 22, 2014

JOSEPHINE L. STATON
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE